The People of the State of Illinois ex rel. George Gary, appellee, v. William Hale Thompson et al., appellants. Gen. No. 33,109.

Opinion filed May 31, 1929.

Samuel A. Ettelson, Corporation Counsel, for appellants; Michael L. Rosinia, E. Marshall Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. John M. Lowery, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel M. McDonald, appellee, v. Employers' Liability Assurance Corporation, Limited, appellant. Gen. No. 33,208.

Opinion filed May 31, 1929. Rehearing denied June 11, 1929.

John Clark Baker, for appellant. C. Helmer Johnson, for appellee; Arthur H. Chetlain, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

M. Beck et al., appellants, v. Carrie J. Hines, appellee. Gen. No. 33,268.

Opinion filed May 31, 1929.

Lazar H. Gladstone, for appellants. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Clara F. Bass, appellant, v. Charles A. Allen, Jr., appellee. Gen. No. 33,286.

Opinion filed May 31, 1929.

Gordon, Adams & Pierce, for appellant; Robert McCormick Adams and Thomas S. Edmonds, of counsel. Miller, Gorham & Wales, for appellee; Edward R. Adams, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Neanie W. Armbrecht, appellant, v. Clayton C. Pickett and Edward Olsen, appellees. Gen. No. 33,295.